**Order entered August 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00666-CR

## EX PARTE MICHAEL DWAYNE WILLIAMS

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC18-A5804**

## ORDER

Before the Court is appellant's July 31, 2019 motion to extend the time to file his brief and request for a paper copy of the clerk's record. We **GRANT** appellant's motion for extension and **ORDER** appellant's brief filed on or before September 16, 2019.

To the extent appellant is seeking to obtain a free copy of the clerk's record, we **DENY** the request for a copy of the record. *See In re Bonilla*, 424 S.W.3d 528, 532 (Tex. Crim. App. 2014) (indigent defendant not entitled to appointed counsel and free record for collateral attack on conviction). The Court charges ten cents per page for copies. The clerk's record filed in this proceeding is 90 pages long and the supplemental clerk's record is 243 pages long. The cost to purchase a paper copy of the two records would be $33.30 plus $5.00 for postage making the total cost $38.30. Appellant may contact the Clerk of the Court to arrange to purchase the record.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission to counsel for the State. We further **DIRECT** the Clerk of the Court to transmit a copy of this order, by first class mail, to Michael Dwayne Williams; TDCJ No. 02013533; Clements Unit; 9601 Spur 591; Amarillo, Texas 79107-9696.

/s/    CORY L. CARLYLE
JUSTICE